**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Edward Lee Townsend,<br><br>        Defendant. | Criminal No. 15-cr-305 (SRN/HB)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Edward Lee Townsend's Motion to Suppress Statements, Admissions, and Answers [Doc. No. 20] is **DENIED**

Dated:  April 8, 2016                        s/Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge